## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK J. CONWAY, *as Trustee for* | : | |
| SMITH & MORRIS HOLDINGS, LLC | : | |
| *et al.*, | : | 3:20-cv-1486 |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| SCOTT J. SMITH *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

## November 17, 2020

In conformity with the Memorandum issued on today's date, **IT IS**

**HEREBY ORDERED THAT:**

1. Plaintiffs' Motion for Remand, (Doc. 6), is hereby **DENIED**.

2. Upon the Court's *sua sponte* review of the Second Amended Complaint, this
   matter is **REMANDED** to the Wayne County Court of Common Pleas due
   to lack of subject matter jurisdiction.

3. The Clerk of the Court **SHALL CLOSE** the file on this case.

s/John E. Jones III
John E. Jones III, Chief Judge
United States District Court
Middle District of Pennsylvania